USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVID MICHAELSON, *individually and on behalf of all others similarly situated*, :
                   Plaintiff, :
    -against- :   1:20-cv-6290-GHW
 : 
TUFIN SOFTWARE TECHNOLOGIES LTD., :   ORDER
REUVEN KITOV, JACK WAKILEH, RUEVEN :
HARRISON, OHAD FINKELSTEIN, :
EDOUARD CUKIERMAN, YAIR SHAMIR, :
RONNI ZEHAVI, YUVAL SHACHAR, :
                   Defendants. :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    The briefing schedule for the motion for consolidation, appointment as lead plaintiff, and approval of selection of counsel, Dkt. No. 9, is as follows: any opposition is due no later than October 9, 2020. Any reply is due no later than one week following service of the latest timely-filed opposition brief.

    Counsel for the named plaintiff is directed to serve a copy of this order on each of the defendants.

    SO ORDERED.

Dated: September 22, 2020

                                                  GREGORY H. WOODS
                                           United States District Judge