```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID MICHAELSON, *individually and on behalf of all others similarly situated*, :
                    Plaintiff, :

-against- :    1:20-cv-6290-GHW

TUFIN SOFTWARE TECHNOLOGIES LTD., :    ORDER
REUVEN KITOV, JACK WAKILEH, RUEVEN :
HARRISON, OHAD FINKELSTEIN, :
EDOUARD CUKIERMAN, YAIR SHAMIR, :
RONNI ZEHAVI, *and* YUVAL SHACHAR, :
                  Defendants. :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Because this action was consolidated with Case No. 1:20-cv-05646-GHW, *In Re Tufin Software Technologies Ltd. Securities Litigation*, *see* Dkt. No. 15 in 1:20-cv-6290-GHW, and a final judgment was entered in the 1:20-cv-05646-GHW case at Dkt. No. 124, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 22, 2024
New York, New York

                                        GREGORY H. WOODS
                                       United States District Judge